### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

KIMBERLY GOODNOW and AUDRA
TERRAZAS, TIMOTHY STEFFENS, All
Individually and on Behalf of All Others
Similarly Situated,

       Plaintiffs,

vs.

PREMIERE GLOBAL SERVICES, INC.,
AMERICAN TELECONFERENCING
SERVICES, LTD., AUDIO
TELCOMMUNICATIONS TECHNOLOGY
II LLC, and DOE CORPS 1-10,

       Defendants.

_____/

**CIVIL ACTION NO:**
**1:22-CV-02184-TWT**

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

This matter is before the Court on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement [Doc. 33] (the "Motion"). Having reviewed the Class Action Settlement Agreement, including the exhibits thereto (together, the "Settlement Agreement" or "Settlement"), and all prior proceedings herein, and for good cause appearing based on the record, IT IS HEREBY ORDERED that the Motion is **GRANTED** as follows:

**Preliminary Settlement Approval.**

1. Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the Settlement Agreement dated December 11, 2023 is fair, reasonable and in the best interests of the named Plaintiffs and the Class, and adequate to warrant providing notice of the Settlement to the Class and accordingly is preliminarily approved.

**Class Notice.**

2. CPT Group, Inc. is hereby appointed as the Settlement Administrator for purposes of administering notice to the Class members in this case.

3. The proposed Class Notice is approved as to form and content and the plan for dissemination of the Class Notice to the Class is approved as satisfying the requirements of Rule 23(c)(2) and (e)(1) of the Federal Rules of Civil Procedure and due process. Non-material modifications to the Notice may be made without further order of the Court.

**Objections to Settlement.**

4. In order to be considered, any objections to the Settlement must include: (a) the objector's full name and address and an appearance on behalf of any counsel representing the objector, (b) a written statement of the grounds for the objection including any evidence supporting the objection, (c) any supporting memorandum or brief, (d) a list of any persons who will be called

to testify in support of the objections, and the subject matter(s) on which such person(s) will testify, and (e) a statement whether the objector intends to appear at the Final Approval Hearing, and, if such appearance will be through counsel, the identity of such counsel.

5. To the extent any objection is not electronically filed through the Court's electronic filing system, the objection must be served upon counsel of record by U.S. Mail, postage prepaid and postmarked by the filing deadline set forth below.

6. No objection to the Settlement shall be heard and no papers submitted in support of an objection shall be received or considered by the Court at the Final Approval Hearing unless the objection and reasons therefore, along with copies of any supporting papers, are filed with the Clerk of the Court and served on the parties within 60 days of the distribution of the class notice.

**<u>Stay of Proceedings.</u>**

7. Except as necessary to effectuate this Order, the case and all deadlines set by the Court are stayed and suspended pending the Final Approval Hearing or until further order of this Court.

**<u>Final Approval Hearing and Settlement Deadlines.</u>**

8. Pursuant to Rule 23(d) and (e) of the Federal Rules of Civil Procedure, the following dates and deadlines are set in order for the Court to evaluate whether

the Settlement should be given final approval, and to evaluate Class Counsel's request for an award of attorneys' fees. The date of the Final Approval Hearing may be continued from time to time by order of the Court if necessary without further notice to the Class.

| EVENT | DEADLINE DATE |
|---|---|
| Last day for Defendants to send the Class Data to CPT Group | February 9, 2024 |
| Last day for CPT Group to send the Class notice to Class Members | February 23, 2024 |
| Last day for Class Members to Opt-In or file objections to the Settlement | April 23, 2024 |
| Last day for Defendants to file Declaration regarding notice to Class Members | May 3, 2024 |
| Last day for Class Counsel to file Motion for Award of Attorneys' Fees and Costs | May 8, 2024 |
| Last day for Class Counsel to file Motion for Final Approval of Class Action Settlement | May 8, 2024 |
| Hearing on Motion for Final Approval of Class Action Settlement and application for attorneys' fees and costs | May 14, 2024 |

SO ORDERED, this __25th__ day of ___January_____, 2024.


Honorable Thomas E. Thrash, Jr.
United States District Court Judge