# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY GOODNOW and AUDRA TERRAZAS, TIMOTHY STEFFENS, All Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br>vs.<br><br>PREMIERE GLOBAL SERVICES, INC., AMERICAN TELECONFERENCING SERVICES, LTD., AUDIO TELCOMMUNICATIONS TECHNOLOGY II LLC, and DOE CORPS 1-10,<br><br>    Defendants. | CIVIL ACTION NO: 22-CV-02184-TWT |

## NOTICE OF FILING OF DECLARATION OF WILLIAM ARGUETA REGARDING NOTICE AND CLAIMS ADMINISTRATION

Defendants, by and through their undersigned counsel, files the attached DECLARATION OF WILLIAM ARGUETA REGARDING NOTICE AND CLAIMS ADMINISTRATION.

This 6th day of May, 2024.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ *Chad A. Shultz*
Chad A. Shultz
Georgia Bar No. 644440
55 Ivan Allen Jr. Blvd., NW, Suite 750
Atlanta, Georgia 30308
Telephone: (404) 869-9054
cshultz@grsm.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ *Chad A. Shultz*
Chad A. Shultz