# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-02184-TWT
## Goodnow et al v. Premiere Global Services, Inc. et al
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 05/14/2024.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:07 A.M.     COURT REPORTER: Diane Peade
TIME IN COURT: 00:7                  DEPUTY CLERK: Uzma Wiggins
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bryan Arbeit representing Audra Terrazas |
| | Bryan Arbeit representing Kimberly Goodnow |
| | Bryan Arbeit representing Timothy Steffens |
| | Chad Shultz representing Audio Telcommunications Technology II LLC |
| | Chad Shultz representing Premiere Global Services, Inc. |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MOTIONS RULED ON: | [37]Motion for Settlement GRANTED |
| | [38]Motion for Attorney Fees GRANTED |
| MINUTE TEXT: | The parties appeared via Zoom regarding outstanding [37] Motion for Settlement and [38] Motion for Attorney Fees. The Court heard from both parties. The Court granted the parties' joint motion for finalization of settlement and motion for attorney fees. Written order forthcoming. |
| HEARING STATUS: | Hearing Concluded |