UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY GOODNOW et al, <br>  Plaintiff(s), <br><br> vs. <br><br> PREMIERE GLOBAL SERVICES, INC. et al, <br>  Defendant(s). | CIVIL ACTION FILE <br><br> NO. 1:22-cv-02184-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of Attorney Fees, and the court having Granted said motion, it is

**Ordered and adjudged** that Plaintiff's Class Counsel Attorneys' recover from Settlement Funds $41,712.70 as reasonable attorney's fees payable pursuant to the terms of the settlement agreement.

Dated at Atlanta, Georgia this 14th day of May, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/ J. Brown
     Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
May 14, 2024
Kevin P. Weimer
Clerk of Court

By:  s/ J. Brown
     Deputy Clerk